LEE *v.* COMER, receiver.

*Simmons, C. J.*—It plainly appearing from the evidence that the
plaintiff's husband met his death because of a total disregard
of his own safety, and that by the exercise of even slight care
he might have avoided the catastrophe which resulted in his
death, the judgment of nonsuit was right. *Judgment affirmed.*
August 12, 1895.

Action for damages. Before Judge Griggs. Quitman
superior court. September term, 1894.

John W. Lee with his wife and others went to the rail-
road station at Georgetown, just before daylight on
November 1, 1892, to take the train for Columbus. This
train did not stop at Georgetown, unless waved down.
There was a road crossing at the station, which was kept up
by the railroad company. After reaching the depot, Lee
went back across the railroad track to drive home a dog
that had followed them; and while there, became engaged
in a conversation with another man. When the train was
about 300 yards from the depot, one Davidson waved his
lantern at it, standing upon the track, to which signal the
engineer responded by the usual blowing of the whistle
for stopping. Davidson called to Lee to hurry, and Lee
started back across the track, but was struck by the train,
knocked eighty or ninety feet and killed. The train ran
about 200 yards beyond the depot before it stopped, and
then backed to the depot. It was on a down grade as it

was approaching when waved down. Suit was brought for the homicide, and the plaintiff was nonsuited.

*G. L. Comer* and *M. C. Edwards, Jr.*, by *W. M. Harper*, for plaintiff.